```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 31339
   BRAGG JOHNSON
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-5712


------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 08/10/2005 and was confirmed 11/14/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 10/05/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------
BANK OF AMERICA NA        CURRENT MORTG         .00           .00            .00
BANK OF AMERICA NA        MORTGAGE ARRE     3811.56           .00        3811.56
CITICORP MORTGAGE         SECURED               .00           .00            .00
CITY OF CHICAGO WATER DE  SECURED           1313.00           .00        1313.00
CITY OF CHICAGO WATER DE  UNSECURED       NOT FILED           .00            .00
CITY OF CHICAGO PARKING   UNSECURED          2755.00          .00        2755.00
COMED                     UNSECURED       NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED          3854.15          .00        3854.15
HARRIS & HARRIS           NOTICE ONLY     NOT FILED           .00            .00
SHERMAN ACQUISTION        UNSECURED       NOT FILED           .00            .00
VILLAGE OF OAK LAWN       UNSECURED       NOT FILED           .00            .00
LINEBARGER GOGGAN BLAIR   NOTICE ONLY     NOT FILED           .00            .00
CITICORP MORTGAGE         CURRENT MORTG         .00           .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED           363.94          .00         363.94
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       2,242.70                    2,242.70
TOM VAUGHN                TRUSTEE                                         907.96
DEBTOR REFUND             REFUND                                        1,441.69

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                 16,690.00

PRIORITY                                            .00
SECURED                                         5,124.56
UNSECURED                                       6,973.09
ADMINISTRATIVE                                  2,242.70
TRUSTEE COMPENSATION                              907.96
DEBTOR REFUND                                   1,441.69
                        ---------------       ---------------
TOTALS                  16,690.00              16,690.00

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 31339 BRAGG JOHNSON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/28/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 05 B 31339 BRAGG JOHNSON